AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Turkelson | Telephone: (810) 280-6404
--- | --- | ---
 | Special Agent: Paczok, FBI | Telephone: (989) 892-6525

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Adrian Ledesma,

Case No. 1:23-mj-30250
Judge: Morris, Patricia T.
Filed: 06-13-2023 At 12:54 PM
CMP USA v. Adrian Ledesma (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2023__ in the county of __Saginaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute cocaine base |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Joshua Paczok, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 13, 2023

_Judge's signature_

City and state: Bay City, MI

Patricia T. Morris, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Paczok, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

The FBI Mid-Michigan Safe Streets Task Force executed a search warrant at the residence of Adrian Ledesma. Distribution amounts of cocaine, methamphetamine, and firearms were located in close proximity to one another in Adrian Ledesma's bedroom and by the door where Adrian Ledesma was encountered. As a result, I believe that there is probable cause to believe that he has violated 21 U.S.C. § 841(a)(1), possession with intent to distribute cocaine and methamphetamine and Title 18, U.S.C. Section 924(c), possession of a firearm in the furtherance of a drug trafficking crime.

## INTRODUCTION AND BACKGROUND

1.  I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.  The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2018. I am currently assigned to the Mid-Michigan Safe Streets Task Force. As such, I investigate violent individuals and street gangs for various violations of federal law, including narcotics trafficking. Prior to working on the Safe Streets Task Force, I was assigned to the Detroit FBI Violent Gang Task Force as a Special Agent. In that capacity, I investigated criminal street gangs for various violations of federal law, including narcotics trafficking, weapons offenses, violent crime, and fraud. Prior to becoming an FBI Special Agent, I was a United States Border Patrol Agent assigned to the Laredo North Station in Laredo, Texas. As a Border Patrol Agent, my responsibilities included identifying instances of human and narcotics trafficking that often-involved violent criminal organizations and drug trafficking organizations. Accordingly, I am familiar with the ways in which gangs and drug trafficking organizations and violent criminal organizations normally operate.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that Adrian Ledesma has violated 21 U.S.C. § 841(a)(1) possession with intent to distribute cocaine and methamphetamine and Title 18, U.S.C. § 924(c), possession of a firearm in the furtherance of a drug trafficking crime.

6. On June 13, 2023 the FBI Mid-Michigan Safe Streets Task Force executed a search warrant authorized by United States Magistrate Judge Patricia Morris in the Eastern District of Michigan at 3526 Adams, Saginaw, MI, 48602, which is located within the Eastern District of Michigan, Northern Division.

7. Adrian Ledesma and his mother Carrie Jimenez were present in the residence during the execution of the search warrant. When task force personnel knocked on the door and announced their presence Adrian Ledesma came to the side door of the residence where he was observed bending down and reaching his hand down in a motion that appeared as though he was setting something down. He then exited the residence where he was detained by officers. Jimenez was detained at the front door of the residence.

8. Upon entering the residence, I observed a Smith and Wesson handgun tucked into a shoe just inside the side door where Ledesma exited the residence, in the vicinity where Ledesma had been seen bending down. As the residence was searched, a backpack was found in the kitchen approximately 6 feet away from the Smith and Wesson handgun. Inside the backpack were multiple bags of suspected

3

cocaine, in various sizes, the largest of which weighed more than 80 grams, a bag of crystal methamphetamine, several plastic containers of marijuana, a resealable container full of pills, a scale and other items.

9. During the search of the residence officers located a bag of crystal methamphetamine weighing more than 300 grams and two handguns. The firearms were located on the floor just a few feet away from the bag of methamphetamine.

10. During the search of the basement officers located an AR style rifle with a loaded dual drum magazine, plastic packaging with drug residue, and a bag of cocaine. The cocaine was in the same room as the rifle.

11. During an interview, Carrie Jimenez stated that she does not own any firearms and no firearms in the residence belong to her. She also stated that no narcotics in the residence belong to her. She stated that she does not go into the upstairs bedroom as that is Adrian's room when he stays there. She further stated that Adrian Ledesma also sometimes sleeps in the basement when he stays there. Jimenez stated that the backpack in the kitchen was not hers and that she had cleaned the kitchen before she went to bed the previous evening. Jimenez stated that Ledesma was not home and the backpack was not in her kitchen when she went to bed.

12. The backpack on the floor and the Smith and Wesson pistol in the shoe appeared to the agents to be out of place in the otherwise tidy kitchen, lending

credibility to the statement by Jimenez that the items were placed there after she had cleaned the kitchen.

13. Ledesma had exited the residence without shoes when the officers first arrived. Prior to attempting to interview Ledesma, officers asked him if he wanted any shoes to wear. Ledesma requested the black Nike air max from the kitchen, beside the door. TFO Kamp retrieved the shoes. Ledesma identified the shoes as his. The shoes were the same shoes where I initially observed the Smith and Wesson handgun.

14. In my training and experience, the amount of cocaine and methamphetamine located in the home was consistent with distribution amounts and not personal use amounts. This conclusion is further supported by the manner in which the drugs were packaged and the presence of a scale with the drugs.

15. In my training and experience, those who possess firearms in the furtherance of a drug trafficking crime will possess their firearms in close proximity to their drugs in order to protect their drug trafficking activities.

16. Based on the foregoing, there is probable cause to believe that Adrian Ledesma violated Title 21 U.S.C. § 841(a)(1) and Title 18, U.S.C. Section 924(c).

Respectfully submitted,

_____
Joshua Paczok
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 13th day of June, 2023.

_____
Patricia T. Morris
United States Magistrate Judge

6