MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

Case No: 23-mj-30250

v.

HON. THOMAS L. LUDINGTON
United States District Judge

Adrian Ledesma,

    Defendant.

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:**     **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change of Assistant U.S. Attorney of record for the above captioned case:

*Add the following AUSA(s):*

| | |
|---|---|
| Name: | KATHARINE HEMANN |
| Bar ID: | WSBA # 46237 |
| Telephone: | (989) 895-5712 |
| Fax: | (989) 895-5790 |
| Email: | Katharine.Hemann@usdoj.gov |

Dated: June 20, 2023

    s/KATHARINE HEMANN
    Assistant United States Attorney
    101 First Street, Suite 200
    Bay City, MI   48708
    Telephone number: (989) 895-5712
    Email: Katharine.hemann@usdoj.gov
    WSBA# 46237